**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CLEM COMMERS, as Chairman and MAYNARD BRAU, as Secretary of the Twin City Floor Covering Industry Pension Fund; CLEM COMMERS, as Chairman and MAYNARD BRAU, as Secretary of the Twin City Floor Covering Industry Fringe Benefit Trust Fund, and their successors,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>PICTURE PERFECT FLOOR COVERING, INC.<br><br>　　　　　　　　　Defendant. | Civil File No. 05-1040 PAM/RLE<br><br><br><br>**ORDER FOR DISMISSAL** |

**IT IS HEREBY ORDRED** that pursuant to the Voluntary Dismissal filed by the Plaintiff, this matter is dismissed without prejudice.

Date: October __13__, 2005　　　　　　　By _s/Paul A. Magnuson_
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge